IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL V. LUJAN,

    Petitioner,                    No. CIV S-06-0923 LKK EFB P

    vs.

JAMES YATES, Warden,

    Respondent.                ORDER

                                  /

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On March 20, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.[1]

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

---

[1] Indeed, in response to the magistrate judge's findings and recommendations, petitioner filed an amended petition on April 24, 2007, containing only exhausted claims.

1

ORDERED that:

1. The findings and recommendations filed March 20, 2007, are adopted in full;

2. Respondent's June 30, 2006, motion to dismiss the petition for failure to exhaust is granted;

3. Petitioner's motion for stay and abeyance is denied as moot.

DATED: May 7, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT