UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHAEL V. LUJAN,

          Petitioner,

    v.

JAMES YATES, Warden,

          Respondent.
_____/

NO. CIV. S-06-923 LKK/EFB P

O R D E R

    Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's application for a certificate of appealability, filed on April 17, 2008.

    On March 20, 2007, the magistrate judge filed Findings and Recommendations recommending the dismissal of the habeas corpus petition for non-exhaustion. Petitioner filed an amended petition on April 24, 2007. The court adopted the Findings and Recommendations on May 8, 2007, dismissing petitioner's originally-filed petition. A review of the docket, however, reveals that

judgment was erroneously entered on that date as well.

Accordingly, the court ORDERS as follows:

1. The May 8, 2007 entry of judgment is VACATED.
2. This matter is REFERRED to the magistrate judge for further proceedings on petitioner's April 24, 2007 amended petition for a writ of habeas corpus.
3. Petitioner's application for a certificate of appealability is DENIED AS MOOT.

IT IS SO ORDERED.

DATED: June 18, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT