1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MICHAEL V. LUJAN,

11          Petitioner,                    No. CIV S-06-0923 LKK EFB P

12      vs.

13   WARDEN JAMES YATES,

14          Respondent.                    ORDER

15   _____/

16          Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28

17   U.S.C. § 2254.  On April 8, 2009, petitioner requested an extension of time to file an opposition

18   to respondent's motion to dismiss. *See* Fed. R. Civ. P. 6(b).  On April 15, 2009, the court

19   granted petitioner's request.  On the same day, however, petitioner mailed to the court an

20   opposition to the motion to dismiss, as his request for an extension of time had not yet been ruled

21   on. *See* Pet.'s Apr. 24, 2009 Request.  Petitioner now seeks clarification as to whether the court

22   is requesting that he prepare another opposition brief, given that the court granted him an

23   extension of time to do so. *Id.*  Petitioner does not, however, request leave to file an amended

24   opposition brief.

25   ////

26   ////

                                              1

1    Accordingly, it is hereby ORDERED that the April 15, 2009 order is vacated, and in light

2 of petitioner's April 22, 2009 opposition brief, the motion to dismiss stands submitted.

3 Dated:  April 29, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE