IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL V. LUJAN,

    Petitioner,                               No. CIV S-06-0923 LKK EFB P

    vs.

WARDEN JAMES YATES,

    Respondent.                              ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On April 29, 2009, this court issued an order stating that respondent's motion to dismiss stands submitted.  On June 3, 2009, petitioner filed a motion for a certificate of appealability.  Under the provisions of 28 U.S.C. § 2253, petitioner must be granted a certificate of appealability in order to proceed with the appeal.  Fed. R. App. P. 22(b).  Section 2253 also provides that an appeal in a habeas corpus proceeding may only be taken from a "final order."  28 U.S.C. § 2253; *see also Browder v. Director, Ill. Dep't of Corrections*, 434 U.S. 257, 265 (1978); *Van Pilon v. Reed*, 799 F.2d 1332, 1335 (9th Cir. 1986).  Final orders are those that leave nothing to be done but the execution of the judgment.  *Catlin v. United States*, 324 U.S. 229, 233 (1945).  In the context of habeas corpus proceedings, a final order disposes of all claims and either denies or grants habeas relief.  *Blazak v. Ricketts*, 971 F.2d 1408, 1410 (9th Cir. 1992) (per curiam).

1  The court will not issue a certificate of appealability in this action.  The order from which
2  petitioner appeals did not dispose of any of his claims and did not deny or grant relief.  It simply
3  acknowledged that respondent's motion to dismiss is pending and that petitioner has filed an
4  opposition brief.  Accordingly, it is hereby ORDERED that petitioner's June 3, 2009 motion for
5  a certificate of appealability is denied.
6  DATED: August 13, 2009.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT