1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MICHAEL V. LUJAN,

11           Petitioner,              No. CIV S-06-0923 LKK EFB P

12      vs.

13   WARDEN JAMES YATES,

14           Respondent.             ORDER

15   _____/

16           Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

18   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19           On December 17, 2009, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within twenty-one days.  Neither

22   party has filed objections to the findings and recommendations.

23           The court has reviewed the file and finds the findings and recommendations to be

24   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25   ORDERED that:

26   /////

1

1          1.  The findings and recommendations filed December 17, 2009, are adopted in

2    full;

3          2.  Respondent's March 19, 2009 motion to dismiss is denied;

4          3.  If petitioner wishes to file a reply to respondent's February 11, 2010 answer, he

5    must do so within 30 days of the date of this order.

6    DATED:  March 1, 2010.

7

8

9                                          LAWRENCE K. KARLTON
                                           SENIOR JUDGE
10                                         UNITED STATES DISTRICT COURT

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26